The **NATIONAL ASSOCIATION OF PSYCHIATRIC TREATMENT CENTERS FOR CHILDREN, an Oklahoma Nonprofit Corporation; American Association of Childrens Residential Centers, a Kansas nonprofit corporation; Dori Nanry, on behalf of herself and her minor child; Coalition of Concerned Physicians of San Diego, a California nonprofit unincorporated association, Plaintiffs–Appellees,**

v.

**Frank CARLUCCI, Secretary of Defense; William B. Mayer, Assistant Secretary of Defense, Health Affairs; Teresa Hawkes, Director of the Office of the Civilian Health & Medical Program of the Uniformed Services; Office of the Civilian Health & Medical Program of the Uniformed Service, Defendants–Appellants.**

No. 87–1608.

United States Court of Appeals, Tenth Circuit.

Dec. 16, 1988.

---

* The Colorado defendants have already settled their liability regarding the Naturita site.

Before MOORE, BALDOCK, and EBEL, Circuit Judges.

On the parties' representation that this matter has been settled, this appeal is dismissed as moot. The matter is remanded to the district court with instructions to vacate the judgment appealed. *United States v. Munsingwear, Inc.,* 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).

A certified copy of this order shall stand as and for the mandate of the court.